AO 442 (Rev. 11/11) Arrest Warrant

FILED
RICHARD W. NAGEL
CLERK OF COURT

2020 JUL -6 AM 10: 47

U.S. DISTRICT COURT
SOUTHERN DIST. OHIO
EAST. DIV. COLUMBUS

# UNITED STATES DISTRICT COURT
for the
Southern District of Ohio

| United States of America | ) | |
|---|---|---|
| v. | ) | Case No. 2:20-mj-461 |
| Ralph Albert Aldridge<br>1475 Bryden Road<br>Columbus, OH 43205 | ) ) ) ) | |
| *Defendant* | | |

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*   Ralph Albert Aldridge

who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment     ☐ Superseding Indictment     ☐ Information     ☐ Superseding Information     ☑ Complaint
☐ Probation Violation Petition     ☐ Supervised Release Violation Petition     ☐ Violation Notice     ☐ Order of the Court

This offense is briefly described as follows:

Obstructing, attempting to obstruct, or otherwise interfering with the enforcement of § 1591(a) as it pertains to the investigation of Larry D. Porter, or conspiracy to do so, in violation of 18 U.S.C. Sections 1594(c) and 1591(d).

Date:   07/01/2020

*Issuing officer's signature*

City and state:   Columbus, Ohio

Elizabeth Preston Deavers, U.S. Magistrate Judge
*Printed name and title*

---

**Return**

This warrant was received on *(date)* July 1, 2020, and the person was arrested on *(date)* July 1, 2020
at *(city and state)* Columbus, Ohio

Date: July 1, 2020

*Arresting officer's signature*

Michael A. Harvy (Special Agent)
*Printed name and title*